# CHAPTER 13 PLAN

Case No.: **10-84719**

Debtor(s): **James Robert Routon**  SS#: **xxx-xx-9914**  Net Monthly Earnings: **1,099.07**

SS#:  Number of Dependents: **0**

1. Plan Payments:

    ( **X** ) Debtor(s) propose to pay direct a total of $ **1,104.00**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ■ monthly into the plan; or

    ( ___ ) Payroll deduction Order: To _____ for

    $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

    Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **66,240.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **Internal Revenue Service** | **Taxes and certain other debts** | **$4,000.00** | **$500.00** |
| **State of Alabama** | **Taxes and certain other debts** | **$2,800.00** | **$350.00** |

   B. Total Attorney Fee: $ **2,750.00** ; $ **2,750.00** paid pre-petition; $ **0.00** to be paid at confirmation and $ **0.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **JP Morgan / Chase** | **$135,437.38** | ☐ by Trustee ■ by Debtor $0.00 | **Dec. 2010** | **$0.00** | **none** | **0.00%** | **$0.00** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Family Security CU** | **$0.00** | **$20,785.31** | **$21,025.00** | **$0.00** | **2009 Honda CRV, 3402 Little Dr. SW, Hartselle, AL 35640** | **5.25%** | **$567.33** | **Month 1** |
| **J.H. Wright & Associates** | **$0.00** | **$147,336.80** | **$16,341.00** | **$130,995.80** | **Judgment Alleged secured** | **0.00%** | **$408.53** | **Month 1** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

   ■ This is an original plan.

   ☐ This is an amended plan replacing plan dated ____.

   ■ This plan proposes to pay unsecured creditors **10** %.

   ☐ Other Provisions:

Attorney for Debtor Name/Address/Telephone #  Date **November 22, 2010**  **/s/ James Robert Routon**

**Vera Smith Hollingsworth**  **James Robert Routon**
**303 Cain St., Suite C**  Signature of Debtor
**P. O. Box 753**
**Decatur, AL 35602-0753**
Telephone #  **256-350-8900**

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com    Best Case Bankruptcy